# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

### NOTICE OF CASE ASSIGNMENT

Judge

CAUSE STYLE:                                    CAUSE NO:


V.




This is to advise you that the above cause has been filed/transferred and bears the above case number and style.  All future instruments should be referred to by this number and filed with the appropriate divisional office of the Eastern District of Texas.

You are further advised that this case has been assigned to the above named judge.


Date:                                          DAVID J. MALAND, CLERK